An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANGELO MARINO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63295

**FILED**

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Stefany Miley, Judge. The notice of appeal was entered in the district court on May 29, 2013, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). We lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), therefore we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Stefany Miley, District Judge
Angelo Marino
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A

13-17491